**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IRENE DONNA THOMAS, Esq., )
)
    Plaintiff, )      Civil Action No. 21-cv-528
)      Magistrate Judge Maureen P. Kelly
    v. )
)      Re: ECF No. 71
UNITED ELECTRICAL, RADIO AND )
MACHINE WORKERS OF AMERICA (UE), )
CARL ROSEN, ANDREW DINKELAKER, )
and EUGENE ELK, )
)
    Defendants. )
)
)
)
)

## ORDER APPROVING SETTLEMENT

Upon consideration of the JOINT MOTION TO APPROVE SETTLEMENT, ECF No. 71, and the Court having reviewed the Confidential Settlement Agreement and Mutual General Release ("Settlement Agreement") entered into by the parties effective as of April 25, 2022, it is hereby ORDERED as follows:

1. The Joint Motion to Approve Settlement is GRANTED including approval of the allocations made by the parties in the Settlement Agreement to be reported as wages on IRS Form W2 with the balance to reported as other income on IRS Form 1099.

DATED:  April 28, 2022          **BY THE COURT:**

                                           **MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE**