IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IRENE THOMAS
    Plaintiff

vs.

UNITED ELECTRICAL, RADIO and
MACHINE WORKERS OF AMERICA;
CARL ROSEN, Individually, ANDREW
DINKELAKER, Individually, and EUGENE
ELK, Individually
    Defendants

No. 2:21-CV-528-MPK

## ORDER APPROVING
## JOINT STIPULATION FOR DISMISSAL

The Plaintiff and Defendants hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal **with prejudice** of all claims and counterclaims in this action, with each party bearing its own attorney fees and costs.

Dated: May 17, 2022

*[signature]*

For Plaintiff: Irene D. Thomas, Pro Se

For Defendants:
s/Melvin L. Vatz
Melvin L. Vatz, Esq.
Pa. I.D. #23655
s/Howard M. Louik
Howard M. Louik, Esq.
PA ID# 21941

Attorneys for Defendants

AND NOW, this _20th_ day of _May_, 20_22_,
IT IS SO ORDERED.

*[signature]*
UNITED STATES MAGISTRATE JUDGE